

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. PD-0366-17

---

**SAMUEL UKWUACHU, Appellant**

**v.**

**THE STATE OF TEXAS**

---

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW FROM THE TENTH COURT OF APPEALS McLENNAN COUNTY

---

*Per curiam.*

## O R D E R

Appellant was convicted of sexual assault. The Tenth Court of Appeals reversed the conviction. Ukwuachu v. State, No. 10-15-00376-CR (Waco, delivered March 22, 2017). This Court granted the State's petition for discretionary review. The State Prosecuting Attorney is representing the State before this Court and has filed a motion requesting access to the sealed part of the record in this case, which includes the

Reporter's Record volumes 6 and 9, Court's Exhibit 1, and the parties' briefs to the Tenth Court of Appeals which were filed under seal.

We grant the State Prosecuting Attorney's motion for access to the sealed part of the record in this case. The State Prosecuting Attorney and/or assistant State Prosecuting Attorneys may review any portion of the record, including the sealed parts of the record. The attorneys representing the State shall maintain the confidentiality of the record. The motion requesting access and this order shall not be sealed.

It is ordered this 10th day of October, 2017.


Do Not Publish